Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | No. 3:17-cv-04466-WHA |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56 AND TO CONTINUE CASE MANAGEMENT CONFERENCE;** |
| vs. | |
| HAYWARD MEDICAL MARKET, INC., et al., | |
| Defendants. | **[PROPOSED] ORDER** AS MODIFIED |

**WHEREAS,** on August 7, 2017, the Court issued its Scheduling Order for Cases Asserting Denial of Right of Access under Americans with Disabilities Act Title II & III (Dkt. 4), requiring that Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, Hayward Medical Market, Inc. and Rajneesh Salwan, Trustee of the Rajneesh Salwan Separate Property Trust ("Trustee") (Hayward Medical Market, Inc. and Trustee are collectively "Defendants," and together with Plaintiff, "the Parties"), conduct a joint site inspection of the subject property no later than November 17, 2017;

**WHEREAS,** due to scheduling conflicts and Trustee's present endeavors to include insurance defense counsel in the matter, the Parties are unable to conduct the joint site inspection by the deadline, but have agreed to conduct it on December 13, 2017 at 11:00 a.m.;

1  **WHEREAS,** a Case Management Conference has been set for November 9, 2017 at 11:00 a.m. (Dkt. 10);

**NOW, THEREFORE,** the Parties stipulate to extend the deadline to conduct the joint site inspection to December 13, 2017, with all dates triggered by that deadline continued accordingly.

The Parties additionally respectfully request a continuance the Case Management Conference to a date on or after January 18, 2018 at the Court's convenience so that Trustee can obtain the participation of its insurance defense counsel prior to the Conference.

**IT IS SO STIPULATED.**

Dated: November 2, 2017　　　　　　　MISSION LAW FIRM, A.P.C.

　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　Francisca Moralez

Dated: November 2, 2017　　　　　　　LAW OFFICES OF CHRISTIAN B. GREEN

　　　　　　　　　　　　　　　　　　　*/s/ John T. Hill*
　　　　　　　　　　　　　　　　　　　John T. Hill
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　Hayward Medical Market, Inc.

Dated: November 2, 2017　　　　　　　WESTON LAW GROUP

　　　　　　　　　　　　　　　　　　　*/s/ Ian Bennett-Goldberg*
　　　　　　　　　　　　　　　　　　　Jonathan Black
　　　　　　　　　　　　　　　　　　　Ian Bennett-Goldberg
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　Rajneesh Salwan, Trustee of the Rajneesh Salwan
　　　　　　　　　　　　　　　　　　　Separate Property Trust

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                */s/ Tanya E. Moore*
                                                Tanya E. Moore
                                                Attorneys for Plaintiff
                                                Francisca Moralez

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to December ~~13~~ 1, 2017, with all dates triggered by that deadline continued accordingly.

**IT IS FURTHER ORDERED** that the Case Management Conference is continued to December 7, ~~2018~~ 2017, at 11:00 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, before Judge William Alsup. A joint case management statement is due one week prior to the Case Management Conference.

**IT IS SO ORDERED**.

Dated: November 6, 2017.      */s/ William Alsup*
                                         HON. WILLIAM ALSUP
                                         United States District Judge