**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ,

    Plaintiff,

v.

HAYWARD MEDICAL MARKET, INC., and RAJNEESH SALWAN, Trustee of the RAJNEESH SALWAN SEPARATE PROPERTY TRUST,

    Defendants.

No. C 17-04466 WHA

**ORDER TO SHOW CAUSE**

On December 19, 2017, plaintiff Francisca Moralez moved for leave to file a first amended complaint (Dkt. No. 21). Defendants were given until January 2 to file a response. To date, defendants have not filed a response to plaintiff's motion. Defendants shall **SHOW CAUSE** by **JANUARY 19 AT NOON** why the motion should not be granted.

**IT IS SO ORDERED.**

Dated: January 16, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE